# TAYLOR, COLICCHIO & SILVERMAN, LLP

| | | |
|---|---|---|
| PAUL C. TAYLOR<br>PHILIP M. COLICCHIO†*<br>THOMAS P. WILD†<br>ELLEN NUNNO CORBO<br>STEPHEN J. TAYLOR†*<br>ROBERT W. KEDDIE, III†<br>SEAN J. KEARNEY†<br>REGAN C. KENYON JR.<br><br>OF COUNSEL<br>JEFFREY S. ADLER°<br>STEPHAN G. BACHELDER■<br>STEPHEN B. SILVERMAN✔ | COUNSELLORS AT LAW<br>502 CARNEGIE CENTER<br>SUITE 103<br>PRINCETON, NEW JERSEY 08540<br><br>(609) 987-0022<br>FAX: (609) 987-0070<br><br>WWW.TCSLAWYERS.COM<br><br>PLEASE REPLY TO PRINCETON<br>January 13, 2010 | NEW YORK OFFICE:<br>1350 BROADWAY<br>SUITE 1100<br>NEW YORK, NY 10018<br>212-661-1700<br>FAX: 212-661-5060<br><br>■ ADMITTED IN ME & NY ONLY<br>° ADMITTED IN PA & OH ONLY<br>✔ ADMITTED IN NY ONLY<br>† ALSO ADMITTED IN PA<br>* ALSO ADMITTED IN NY<br>* CERTIFIED CRIMINAL<br>ATTORNEY NJ |

RECEIVED
JAN 22 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Hon. Joel A. Pisano
U.S. District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

so ordered
J. Pisano

    Re:    U.S. v. Tamara Frankel
           <u>Crim. No. 09-cr-858 (JAP)</u>

Dear Judge Pisano:

    Please be advised that I am currently the attorney for Tamara Frankel on the above-referenced Indictment. I have recently been appointed by Governor-elect Christie and Attorney General designate Paula Dow as the Director of Criminal Justice for the New Jersey Department of Law and Public Safety, and as such will no longer be able to represent Ms. Frankel after January 22, 2010 when I assume my new duties.

    As such, Ms. Frankel will require new representation on the pending Indictment. I will advise Ms. Frankel with regard to retaining a new attorney and will work with the new attorney to insure a smooth transition of counsel.

    Thank you for your understanding as the matter is transferred to a new attorney. I may be reached at 609-987-0022 or 609-529-5692 if you have any questions.

                                      Stephen J. Taylor, Esq.
                                      Taylor, Colicchio & Silverman, LLP

cc: Brigham Cannon, DOJ